UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NAMEL NORRIS,

                Plaintiff,

                                      21 civ 4823 (JGK)

     -against-

FARCIERT, INC., et al.,

                Defendants.
-------------------------------------------------------------X

## ORDER

A ~~pre-motion~~ conference will be held on **Thursday, August 5, 2021, at 3:00pm.** Dial-in: 888 363-4749, with access code 8140049.

The clerk shall close docket entry 11 as a letter motion.

**SO ORDERED.**

                                                                   JOHN G. KOELTL
                                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 26, 2021