UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

    - against -

JOHNSON CONTROLS FIRE PROTECTION LP,

                Defendant.

21-cv-4823 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by August 13, 2021.

SO ORDERED.

Dated:    New York, New York
            August 2, 2021

                                        John G. Koeltl
                                 United States District Judge