UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

- against -

FARCIERT INC., et al.,

                Defendants.

21-cv-4823 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

A teleconference in this case was held on August 5, 2021. Counsel for the plaintiff did not attend the conference, but has since explained his absence as a calendaring error. ECF No. 16. In any event, the Court will refer the case to Magistrate Judge Aaron for settlement. Because the case is being referred for settlement, the order for the parties to file a Rule 26(f) report by August 13, 2021, ECF No. 15, is **vacated**. The case is **stayed** pending the results of the mediation.

The stipulation dated July 23, 2021, ECF No. 10, applies only to the defendant Farciert Inc. The defendant GP Associates contends that it has not yet been served in this matter. The parties should attempt to work out the issue of proper service and appearance by GP Associates.

The parties should advise the Court of the state of this case within seven days of the conclusion of mediation.

SO ORDERED.

Dated: New York, New York
August 5, 2021

_____
John G. Koeltl
United States District Judge