```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Namel Norris,

                              Plaintiff,

          -against-

Farciert Inc. et al.,

                            Defendants.

1:21-cv-04823 (JGK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for Settlement. (*See* Order, ECF No. 18.) Due to public health concerns, the Court will be conducting all proceedings via telephone for the foreseeable future and has conducted successful settlement conferences remotely. Judge Aaron is willing to schedule a settlement conference in this matter if both sides are willing to go forward via telephone.

      It is hereby Ordered that, no later than Monday, August 23, 2021, the parties shall file a joint letter indicating whether they agree to hold the settlement conference by phone and, if so, setting forth four mutually agreeable dates when all parties and counsel are available to have the settlement conference. The joint letter shall indicate whether the parties are available in the morning or afternoon (or both) for the selected dates. Please note, the Court is unavailable for a conference during the week of September 6, 2021.

The parties should consult Judge Aaron's Settlement Conference Procedures, available on the SDNY website, for the attendance requirements for the settlement conference.

**SO ORDERED.**

Dated:   New York, New York
         August 18, 2021

_____
STEWART D. AARON
United States Magistrate Judge