```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Namel Norris,

                Plaintiff,

    -against-

Farciert Inc. et al.,

                Defendants.

1:21-cv-04823 (JGK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Counsel having failed to respond to either email communication from the Court or the Court's prior Order (ECF No. 19) regarding the scheduling of a settlement conference in this action, it is hereby Ordered that the parties shall appear for a telephone conference on Friday, September 3, 2021 at 2:00 p.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    If, prior to September 3, 2021, the parties provide dates for a settlement conference, the Court will cancel the conference. Otherwise, the parties are warned that failure to appear for the conference may result in the imposition of sanctions.

SO ORDERED.

Dated:    New York, New York
            August 24, 2021

_____
STEWART D. AARON
United States Magistrate Judge