UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Namel Norris,

                  Plaintiff,

-against-

Farciert Inc. et al.,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2021

1:21-cv-04823 (JGK) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, October 4, 2021 at 2:00 p.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video. The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

    Now that a settlement conference has been scheduled, the telephone conference scheduled for September 3, 2021 is hereby canceled.

SO ORDERED.

Dated:    New York, New York
             August 26, 2021

_____
STEWART D. AARON
United States Magistrate Judge